PETER DELLI SANTI v. THEURER ATLANTIC, INC.

January 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. REYNALDO REYES.

January 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL VON GRAEVENITZ.

January 20, 1981.

Petition for certification denied. (See 176 *N.J.Super.* 210)

IN RE ORDER DENYING TEMPORARY OPERATING
AUTHORIZATION FOR FACILITIES OWNED AND
OPERATED BY ENERGALL, INC.

January 20, 1981.

Petition for certification denied.